IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02250-MEH

ARTEMIS WARREN BOWENS, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Motion for Attorney's Fees Under 42 U.S.C. § 406(b)(1) filed by Charles E. Binder, counsel for Plaintiff [filed June 30, 2015; docket #29]. The motion is unopposed by the Defendant. Docket #31. Finding good cause shown,

IT IS ORDERED that attorney fees be granted in the amount of $21,428.75, which represents 25% of the past due benefits awarded to the Plaintiff, to Charles E. Binder, Esq. Upon receipt of this sum, Mr. Binder will remit the previously awarded Equal Access to Justice Act fees of $8,014.20 directly to the Plaintiff.

Dated at Denver, Colorado this 20th day of July, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge